# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY GAUTREAU, JR. AND
KRISTIN GAUTREAU

NO.   2024 CW 0614

VERSUS

SLC DEVELOPMENT OF
ASCENSION, LLC AND SUZANNA
BEIRIGER, NICOLE CROTWELL
ROWELL, SOUTH LOUISIANA
GROUP, LLC

CONSOLIDATED WITH

TROY JAMES GAUTREAU, JR. AND
KRISTIN ZIEGLER GAUTREAU

VERSUS

DWIGHT D. POIRRIER AND THE
SECURITY TITLE GUARANTEE
CORPORATION OF BALTIMORE

**DECEMBER 3, 2024**

---

In Re:    Dwight D. Poirrier, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 123051
          c/w 123111.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.**  The June 3, 2024 judgment denying the motion for summary judgment filed by defendant, Dwight D. Poirrier, is reversed.  On *de novo* review, we find that defendant established summary judgment was proper as to the third element of the plaintiffs' legal malpractice claim, loss causation.  The burden then shifted to plaintiffs, who failed to produce evidence sufficient to establish the existence of a genuine issue of material fact as to whether the incorrect property description in the act of sale caused them damages.  See **Brunswick Seafood, Inc. v. Williams Law Group, LLC,** 2017-1022 (La. App. 1st Cir. 1/8/19), 2019 WL 139377, *3 (unpublished), writ denied, 2019-0335 (La. 4/29/19), 268 So.3d 1022.  Accordingly, the motion for summary judgment filed by Dwight D. Poirrier is granted and the claims of Troy James Gautreau, Jr. and Kristin Ziegler Gautreau asserted against him are dismissed with prejudice.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT